IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN, SR**                                                                **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00089-BSM**

**JAMES BARR**                                                                          **DEFENDANT**

## ORDER

I must recuse from this case due to a conflict of interest. The clerk is directed to reassign this case to Judge James M. Moody Jr. because it is related to *Cothran v. Arkansas Department of Human Services*, Case No. 3:23-cv-00094-JM.

IT IS SO ORDERED this 7th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE