IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN, SR.**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00089-JM**

**JAMES BARR, Attorney**                                                               **DEFENDANT**

## ORDER

Clintell Cothran's motion to proceed *in forma pauperis* (Doc. 1) is granted. He reports living on social security disability income.

Cothran's complaint is subject to screening. See 28 U.S.C. § 1915(e)(2). Cothran sues James Barr under 42 U.S.C. §1983. His complaint in its entirety states as follows:

> Attorney James Barr is the spearhead Lawyer for Arkansas Rent relief program in Jonesboro Ar. that fictitiously engage (sic) in a Criminal Scam against (sic) the governments (sic) program.  He has prosecuted several hundred of innocent people and had them displaced all because of his love of money, I was evicted from a resident that has no Owner he died. and Attorney James Barr lied.

(Doc. 2 at 4). Cothran seeks $10,000,000 in damages. (*Id*. at 5).

Cothran's complaint fails to state a claim for a number of reasons. First, Cothran does not offer sufficient facts to explain why he is entitled to the relief he seeks. His claim is completely conclusory. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Second, to state a claim for relief under section 1983, Cothran must allege that a person acting under the color of state law deprived him of a constitutional or federally-protected statutory right. *American Mfrs. Mut. Ins. Co. v. Sullivan*, 526 U.S. 40, 49-50 (1999). Not only is Barr not a government actor, *West v. Atkins*, 487 U.S. 42, 48 (1988), but Cothran also has failed to

allege a constitutional violation. Accordingly, this case is dismissed without prejudice, and an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    IT IS SO ORDERED this 10th day of July, 2023.

                                                                                                                                        _____
                                                                                                                                        UNITED STATES DISTRICT JUDGE