# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CLINTELL COTHRAN, SR.**                                                       **PLAINTIFF**

**v.**                     **CASE NO. 3:23-CV-00089-JM**

**JAMES BARR, Attorney**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of July, 2023.

                                                                             UNITED STATES DISTRICT JUDGE